1  **TEKER TORRES & TEKER, P.C.**
   SUITE 2A, 130 ASPINALL AVENUE
2  HAGÅTÑA, GUAM 96910
   TELEPHONE: (671) 477-9891-4
   FACSIMILE: (671) 472-2601
3

**FILED**
DISTRICT COURT OF GUAM

AUG - 1 2005

MARY L.M. MORAN
CLERK OF COURT

4  *Attorneys for Defendant*

5

6              IN THE UNITED STATES DISTRICT COURT

7                 FOR THE TERRITORY OF GUAM

8                        ----------

9  UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 01-00033
                                      )
10              Plaintiff,            )
                                      )
11         vs.                        )   **STIPULATION**
                                      )
12  ROBERT C. LEONES,                 )
                                      )
13              Defendant.            )

14                       ----------

15         Plaintiff, UNITED STATES OF AMERICA, and Defendant, ROBERT C. LEONES,

16  through their respective counsels of record, do hereby STIPULATE to continue Defendant's

17  Sentencing currently scheduled for August 1, 2005 at 2:00 p.m. and that it be rescheduled to a date

18  to be selected by the Court.

19         The parties make this request for the reason that the Defendant's counsel is

20  unavailable to attend said Sentencing due to the fact that he severed his index finger and is scheduled

21  to undergo surgery on August 2, 2005 and said continuance would best serve the interests of justice.

22  / / /

23  / / /

**ORIGINAL**

1

2

3

4    Dated: August 1, 2005.

5

6

7

8

9    Dated: August ___1___, 2005.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

SO STIPULATED:

TEKER TORRES & TEKER, P.C.

_____
SAMUEL S. TEKER, ESQ.
*Attorneys for Defendant*


LEONARDO M. RAPADAS
**United States Attorney**
**Districts of Guam and NMI**

_____
FREDERICK A. BLACK, ESQ.
*Assistant U.S. Attorney*