1  **TEKER TORRES & TEKER, P.C.**
   SUITE 2A, 130 ASPINALL AVENUE
2  HAGÅTÑA, GUAM 96910
   TELEPHONE: (671) 477-9891-4
   FACSIMILE: (671) 472-2601
3

4  *Attorneys for Defendant*

**FILED**
DISTRICT COURT OF GUAM

AUG -2 2005

**MARY L.M. MORAN
CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT C. LEONES, | ) | |
| | ) | |
| Defendant. | ) | |

----------

IT IS SO ORDERED that Defendant's August 1, 2005 Sentencing is hereby vacated and Sentencing is hereby rescheduled to a date approximately one (1) week thereafter to be selected by the Court.

IT IS SO ORDERED that Defendant's Sentencing is scheduled for August __9__, 2005, at __9:30__ a.m.

SO ORDERED: __August 2, 2005__.

**CONSUELA B. MARSHALL,** Chief Judge *
District Court of Guam

* Sitting by designation

RECEIVED
AUG - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL