# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 01-00033-001 |
| Plaintiff, ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ROBERT C. LEONES, ) | |
| Defendant. ) | |

    On August 9, 2005, Robert Leones was sentenced by the Honorable Consuelo B. Marshall, Designated Judge, for Conspiracy to Import Methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960 and 963. He was sentenced to time served (16 days) imprisonment and five years supervised release. Mr. Leones' term of supervised release commenced on August 8, 2005.

    Mr. Leones is requesting the Court's permission to travel to the Republic of the Philippines to visit his relatives. His requested travel dates are from February 23, 2008 to March 9, 2005.

    Mr. Leones has completed all of his special conditions of release and has remained in compliance with his conditions of supervised release. This Officer supports Mr. Leones' travel request and seeks Court approval.

    Respectfully submitted,

    ROSSANNA VILLAGOMEZ-AGUON
    Acting Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
    U.S. Probation Officer Specialist

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

cc: File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

**Robert Catabay Leones**
Criminal Case No. 01-00033-001
SSN: XXX-XX-8189
DOB: XX-XX-1975
HT: 0'7" WT: 192 lbs.



DATE **February 5, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO **Republic of the Philippines**

LEAVING **February 23, 2008** AND RETURNING **March 9, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit his relatives.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your supervised release conditions while in the Republic of the Philippines.**

2. **Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.**

3. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN

U.S. Probation Officer Specialist

NAME

ADDRESS

☐ APPROVED  ☐ DISAPPROVED