| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam  96910<br>(671) 473-9201 |
|---|---|---|

**Robert Catabay Leones**
Criminal Case No. 01-00033-001
SSN: XXX-XX-8189
DOB: XX-XX-1975
HT: 0'7" WT: 192 lbs.



DATE  **February 5, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO       **Republic of the Philippines**

LEAVING    **February 23, 2008**    AND RETURNING    **March 9, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit his relatives.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your supervised release conditions while in the Republic of the Philippines.**

2. **Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.**

3. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

NAME _____          [x] APPROVED    [ ] DISAPPROVED
ADDRESS _____
_____
_____

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Feb 12, 2008